*717 FERNANDEZ, J.
The City of Miami appeals the trial court’s non-final order that enjoined the City from demolishing the property located at 500 S.W. 56th Avenue, Miami-Dade County, Florida, until the conclusion of the underlying foreclosure action. We affirm that portion of the injunction which finds that the City did not give proper notice of the proposed demolition proceeding, but reverse that portion of the injunction prohibiting the City from proceeding further until the instant foreclosure action is concluded.
The injunction order fails to specify the reasons for its entry, as Florida Rule of Civil Procedure 1.610(c) requires.[1] See Premier Lab Supply, Inc. v. Chemplex Indus., Inc., 10 So.3d 202, 206-07 (Fla. 4th DCA 2009) (reversing a permanent injunction order and remanding the case for the trial court to enter an order specifying the reasons for entry, pursuant to rule 1.610(c)); Hasley v. Harrell, 971 So.2d 149, 152-53 (Fla. 2d DCA 2007) (reversing an injunction order because its form was deficient, pursuant to rule 1.610(c)). Furthermore, there is no record support for the injunction that prevents the City’s exercise of its right to demolish the property once the property owners have received proper notice as required by statute.
We thus remand to the trial court to strike the portion of the order that extends the injunction through the conclusion of the foreclosure action. The City may then begin the process to demolish the subject property, consistent with applicable ordinances and statutes, if it deems that action necessary.
Affirmed in part; reversed in part, and remanded with instructions.
SALTER, J., concurs.

. Florida Rule of Civil Procedure 1.610(c) states:
Every injunction shall specify the reasons for entry, shall describe in reasonable detail the act or acts restrained without reference to a pleading or another document, and shall be binding on the parties to the action, their officers, agents, servants, employees, and attorneys and on those persons in active concert or participation with them who receive actual notice of the injunction.
(emphasis added).